936

No. 180, Misc. JONES *v*. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 192, Misc. FRAYER *v*. UTAH. Sup. Ct. Utah. Certiorari denied. Petitioner *pro se*. *Ronald N. Boyce, Assistant Attorney General of Utah*, for respondent.

No. 206, Misc. BOOTH *v*. RHAY, PENITENTIARY SU-PERINTENDENT. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se*. *John J. O'Connell*, Attorney General of Washington, and *Stephen C. Way* and *Paul J. Murphy*, Assistant Attorneys General, for respondent.

No. 207, Misc. BRAWNER *v*. GEORGIA. Sup. Ct. Ga. Certiorari denied. *John H. Ruffin, Jr.*, for petitioner. *Arthur K. Bolton*, Attorney General of Georgia, and *G. Ernest Tidwell*, Executive Assistant Attorney General, for respondent.

No. 209, Misc. McDONALD *v*. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Benjamin F. Napheys, Jr.*, for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 267, Misc. NEW YORK EX REL. ANONYMOUS *v*. LA BURT, STATE HOSPITAL DIRECTOR. Ct. App. N. Y. Certiorari denied. *Morton Birnbaum* for petitioner. *Louis J. Lefkowitz*, Attorney General of New York, for respondent.